FILED
2024 Feb-02  PM 02:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **DEMARKUS HALL and EDDIE HUGHES,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **7:22-cv-00513-LSC** |
| | ) | |
| **COAL BED SERVICES, INC. and PATE** | ) | |
| **HOLDINGS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Before the Court is Defendants' Motion for Summary Judgment. (Doc. 29.)

For the reasons stated in this Court's Memorandum of Opinion entered

contemporaneously herewith, Defendant's motion (doc. 29) is **GRANTED**, and all

claims against Defendants are **DISMISSED WITH PREJUDICE**. Accordingly, this case

is **DISMISSED WITH PREJUDICE**. Costs are taxed against the Plaintiffs.

**DONE** and **ORDERED** on February 2, 2024.

_____
L. Scott Coogler
United States District Judge

215708